**Steve Bolleck, appellee, v. Joe Kalaman and Mrs. Joe Kalaman, appellants. Gen. No. 28,958.**

Action to recover commissions for procuring purchaser for house. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Emanuel Eller, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed with finding of fact. Opinion filed May 27, 1924. Rehearing denied June 9, 1924.

Cochrane & George, for appellants. Otto Baer, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Emil Olson, appellee, v. Angelos Paulatos, appellant. Gen. No. 28,973.**

Action of trespass for assault and battery. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Lee W. Carrier, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924.

Soelke & Johnson, for appellant. Freeman, Mason & Igoe, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Sara Frances Jones, appellee, v. Lily J. Eklund, appellant. Gen. No. 28,983.**

Action for balance due on note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Reversed and remanded. Opinion filed May 27, 1924.

Loucks, Eckert & Peterson, for appellant. No appearance for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

**Elof Johnson and Harold F. Johnson, appellees, v. Walter R. Koerner, appellant. Gen. No. 28,998.**

Bill for removal of clouds on title. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1923. Affirmed. Opinion filed May 27, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Harley D. Jones, for appellant. C. C. H. Zillman, for appellees.

Mr. Presiding Justice Gridley delivered the opinion of the court.